**DEWITT GILMORE**

**91 GLENN STREET SE**

**ATLANTA, GA 30312**

[RELENTLESSAARON2007@GMAIL.COM](mailto:RELENTLESSAARON2007@GMAIL.COM)

404-477-8257

02/03/2025

**CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**500 PEARL STREET**

**NEW YORK, NY 10007**

**SUBJECT: SUBMISSION OF AFFIDAVIT OF SERVICE IN GILMORE V. COMBS, CASE NO. 1:24-CV-08440**

**DEAR CLERK OF COURT,**

I am submitting the attached Affidavit of Service for filing in the case Gilmore v. Combs, Case No. 1:24-cv-08440, in the United States District Court for the Southern District of New York. The affidavit confirms that service was completed on January 31, 2025, in accordance with the court's requirements.

Please confirm receipt of this submission at your earliest convenience. Should you require any additional information or clarification, feel free to contact me at 404-477-8257 or [RelentlessAaron2007@gmail.com](mailto:RelentlessAaron2007@gmail.com).

**THANK YOU FOR YOUR TIME AND ASSISTANCE.**

**SINCERELY,**

**DEWITT GILMORE**

Case 1:24-cv-08440-LTS   Document 5   Filed 02/03/25   Page 2 of 2