UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEWITT GILMORE,

                Plaintiff,

      -against-

SEAN COMBS, *et al.*,

                Defendants.

24-CV-8440

ORDER

J. PAUL OETKEN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, filed this action on November 3, 2024. Upon opening this new action, the Clerk's Office docketed the Chief Judge's March 18, 2024 Standing Order (ECF No. 4), **directing all self-represented litigants to inform the court of each change of address or electronic contact information**. *See In Re: Cases Filed By Pro Se Plaintiffs, This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024) ("Standing Order"). The Court mailed this order to Plaintiff on November 8, 2024.

    On March 13, 2025, the Court received returned mail from the address Plaintiff provided to the Court upon filing this case: 237 East Simon Ter, NW Atlanta, GA 30318. The Court reviewed Plaintiff's previous filings and identified a new address in his letter filed on February 3, 2025 (ECF No. 5). That address is **91 Glenn Street SE, Atlanta, GA 30312**.

    Accordingly, the Court will update Plaintiff's mailing address to 91 Glenn Street SE, Atlanta, GA 30312, unless the Plaintiff objects to this change and provides a new mailing address by March 31, 2025.

    Finally, the Court strongly encourages the Plaintiff to consent to electronic service via ECF as it would ensure that he receives documents and orders in his case promptly by email

1

electronically when a document is filed electronically. Instructions and the consent form to consent to electronic service are located at https://nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to 91 Glenn Street SE, Atlanta, GA 30312. The order also will be viewable on the court's electronic docket, and the Court will email a copy to Plaintiff's listed email address.

SO ORDERED.

Dated:   March 17, 2025
         New York, New York

_____
J. PAUL OETKEN
United States District Judge