**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DEWITT GILMORE,

                Plaintiff,

-against-                              24 **CIVIL** 8440 (JPO)

**JUDGMENT**

SEAN COMBS, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 16, 2025, Defendants' motion to dismiss is GRANTED and Plaintiff's motion for leave to amend is DENIED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment of dismissal with prejudice is entered; accordingly, the case is closed.

**Dated:** New York, New York

      May 16, 2025

                                                    **TAMMI M HELLWIG**
                                                        **Clerk of Court**

                           **BY:**      *K. Mango*

                                                        **Deputy Clerk**