UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEWITT GILMORE,

                Plaintiff,

-v-

SEAN COMBS, *et al.*,

                Defendants.

24-CV-8440 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff DeWitt Gilmore purported to serve Defendant Sean Combs on January 3, 2025 (ECF No. 6) and Defendant Bad Boy Entertainment, Inc. on January 31, 2025 (ECF No. 7). The docket reflects that service was later made on Combs by the United States Marshals on July 1, 2025. (ECF No. 51.) However, in the interim, on May 16, 2025, the Court granted Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 43.) Accordingly, any issue regarding service is moot. The Court hereby clarifies that Defendants need not respond further to the complaint, as this case was dismissed.

    SO ORDERED.

Dated: July 8, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge